

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

In re:

**Jeffery Ryan Short**
(Debtor)

**Rachel Elisabeth Short**
(Joint Debtor)

Case Number: **25−01025−WLH7**

**NOTICE TO FILE PROOF OF CLAIM DUE TO RECOVERY OF ASSETS**

To: Creditors and Other Parties In Interest

**NOTICE IS GIVEN THAT:**

The initial notice in this case instructed creditors that it was not necessary to file a proof of claim. Since that notice was sent, assets have been recovered by the trustee.

Creditors who wish to share in any distribution of funds must file a proof of claim with the clerk of the bankruptcy court at the address below on or before: November 10, 2025.

Creditors who do not file a proof of claim on or before this date might not share in any distribution from the debtor's estate.

A proof of claim can be filed electronically on the court's website at www.waeb.uscourts.gov – Proof of Claim (ePOC), on paper using Official Form B410 and mailed to the post office box below, or at the bankruptcy clerk's office. After your claim has been filed you may access the court's PACER system (www.pacer.psc.uscourts.gov) to view your filed proof of claim.

There is no fee for filing the proof of claim.

Any creditor who has filed a proof of claim in the case already, need not file another proof of claim.

US Bankruptcy Court
Eastern District of Washington
904 W Riverside Ste 304
PO Box 2164
Spokane, WA 99210

Date: August 11, 2025

Brian M. Sheehan
CLERK OF COURT