# Notice Recipients

District/Off: 0980−2  User: admin  Date Created: 08/11/2025
Case: 25−01025−WLH7  Form ID: ntcass2  Total: 60

**Recipients of Notice of Electronic Filing:**
ust      US Trustee       USTP.REGION18.SP.ECF@usdoj.gov
aty      Garrett D Johnson       garrett@majorslawgroup.com
aty      John Laris       john@majorslawgroup.com

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db       Jeffery Ryan Short       1761 George Washington Way 357       Richland, WA 99354
jdb      Rachel Elisabeth Short       1761 George Washington Way 357       Richland, WA 99354
tr       Kevin D ORourke       Southwell & O'Rourke, P.S.−Trustee       4407 N. Division Street       Suite 618       Spokane, WA 99207
aty      Kevin D ORourke       Southwell & O'Rourke, P.S.−Trustee       4407 N. Division Street       Suite 618       Spokane, WA 99207
smg      State of Washington       Department of Revenue       2101 4th Ave, Ste 1400       Seattle, WA 98121−2300
4328064  7 Years Holdings LLC       1761 George Washington Way 357       Richland, WA 99354
4328065  AGYNBYTE LLC       14711 NE 29th Pl, Ste. 101       Bellevue, WA 98007
4328066  Amex       Correspondence/Bankruptcy       Po Box 981535       El Paso, TX 79998
4328069  BHG Financial (First Premier)       201 Solar Street       Syracuse, NY 13204
4328067  Bank of America       Attn: Bankruptcy       4909 Savarese Circle       Tampa, FL 33634
4328068  Berkovitch & Bouskila       1545 U.S. 202, Suite 101       Pomona, NY 10970
4328070  Brandt Law Group       1200 Fifth Avenue, Suite 1950       Seattle, WA 98101
4328071  Chase Card Services       Attn: Bankruptcy       P.O. 15298       Wilmington, DE 19850
4328072  Citibank/Best Buy       Citicorp Cr Srvs/Centralized Bankruptcy       Po Box 790040       St Louis, MO 63179
4328073  Corey Britten Raines Austin       1085 12th Ave. NW #D1       Issaquah, WA 98027
4328075  Corey P. Recla       15812 198th Place NE       Woodinville, WA 98077
4328074  Corey P. Recla       15812 198th Place NE       Woodinville, WA 98077−9428
4328076  Cornerstone Home Lending       Attn: Bankruptcy       1177 West Loop Rd S, Ste 700       Houston, TX 77027
4328077  Costco Citi Card       Attn: Bankruptcy       Po Box 6500       Sioux Falls, SD 57117
4328078  Department of the Treasury       Bureau of the Fiscal Service       P.O. Box 830794       Birmingham, AL 35283−0794
4328079  Discover Financial       Attn: Bankruptcy       Po Box 3025       New Albany, OH 43054
4328080  Dustin Carlson       11359 Harbor Breeze Drive       Montgomery, TX 77356
4328081  F.H. Cann & Asociates, Inc.       100 Domain Drive, Suite 200       Exeter, NH 03833
4328082  Gesa Credit Union       Attn: Bankruptcy       51 Gage Blvd       Richland, WA 99352
4328083  Heritage Bank (Tandem)       1818 Florence Pike       Burlington, KY 41005
4328084  Internal Revenue Service       Centralized Insolvency Oper.       PO Box 7346       Philadelphia, PA 19101−7346
4328085  Itria Ventures, LLC       c/o Corr Cronin LLP       1015 Second Avenue, Floor 10       Seattle, WA 98104
4328087  Jonathan D. Maynard       30 Steeplechase Road       Fredericksburg, VA 22405
4328086  Jonathan D. Maynard       30 Steeplechase Road       Fredericksburg, VA 22405−3314
4328088  Joseph Prencipe       2219 Main Street #325       Santa Monica, CA 90405
4328089  Jpmcb       MailCode LA4−7100       700 Kansas Lane       Monroe, LA 71203
4330289  Kalamata Capital Group, LLC       1545 Route 202 Suite 101       Pomona, NY 10970
4328090  Kalamata Financial Group, LLC       Kalamata Capital Group,LLC       1 Blue Hill Plaza Suite 1509       Pearl River, NY 10965
4328091  King County Superior Court       516 3rd Ave       24−2−23198−6 SEA       Seattle, WA 98104
4328092  King County Superior Court       516 3rd Ave       Seattle, WA 98104
4328093  Legends Acquisitions LLC       1308 Red River Lane       Allen, TX 75002
4328094  Ninth Gate Capital Partners       8 The Green, Suite A       Dover, DE 19901
4328095  PCAM Services Idaho Inc.       702 W. Idaho Street, Suite 110       Boise, ID 83702
4328096  PCAM Services, Inc.       6513 132nd Ave NE, #227       Kirkland, WA 98033
4328097  Quick Books Capital (Intuit)       2700 Coast Avenue       Mountain View, CA 94043
4328098  Redfish Holdings II, LLC       11359 Harbor Breeze Drive       Montgomery, TX 77356
4328099  Rockland Supreme County Court       1 S. Main St.       New City, NY 10956
4328100  Salal Credit Union       Attn: Bankruptcy       Po Box 75029       Seattle, WA 98175
4328101  Solarity Credit Union       110 N 5th Ave       Yakima, WA 98902
4328102  Syncb/Old Navy       Attn: Bankruptcy       Po Box 965060       Orlando, FL 32896
4328103  Synchrony Bank/Old Navy       Attn: Bankruptcy       Po Box 965060       Orlando, FL 32896
4328104  Target NB       C/O Financial & Retail Services       Mailstop BT PO Box 9475       Minneapolis, MN 55440
4328105  Truist Bank       Attn: Bankruptcy       200 Pine St W       Wilson, NC 27893
4337558  U.S. Bank National Association       Bankruptcy Department       PO Box 108       Saint Louis MO 63166−0108
4328106  U.S. Department of the Treasury       P.O. Box 979101       Saint Louis, MO 63197−9000
4328108  US Bank       800 Nicollet Mall       Minneapolis, MN 55402
4328109  US Small Business Admin       409 3rd Street, Southwest       Washington, DC 20416

| | | | | |
|---|---|---|---|---|
| 4328107 | United States Treasury Departm | PO Box 830794 | Birmingham, AL 35283–0794 | |
| 4328111 | WSECU    Attn: Bankruptcy | Pob Wsecu | Olympia, WA 98507 | |
| 4328112 | WSECU    Po Box Wsecu | Olympia, WA 98507 | | |
| 4328110 | Washington Dept. of Revenue | Attn: Bankruptcy Unit | 2101 4th Ave, Suite 1400 | Seattle, WA 98121 |
| 4328113 | XPress Construction Solutions | 6513 132nd Ave. NE | Kirkland, WA 98033 | |

TOTAL: 57